## GILBERT and Another *v.* HAYES.

APPEAL from the *Steuben* Circuit Court.

*Per Curiam.*—Suit by *Hayes* against *Gilbert* and *Hutchinson*, for breach of contract.

The issues of fact were tried by jury. Verdict and judgment for the plaintiff. Motion for a new trial overruled, but no exception taken. Also, a motion in arrest of judgment, overruled without exception (1).

The record presents no question to be considered.

The judgment is affirmed, with 2 per cent. damages and costs.

*R. Brackenridge* and *J. Morris*, for the appellants.

Saturday,
June 6.

(1) See *Wheeler* v. *Carpenter*, *ante*, 153, for cases.